FILED IN CLERK'S OFF
U.S.D.C. Atlanta
APR 22 2004
LUTHER D. THOMAS, Clerk
By:
Deputy Clerk

1
2
3

          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION

4   KENNY A., by his next friend    )
5   Linda Winn; et al,              )
              Plaintiffs,           )
                                    )
6                                   )   CIVIL ACTION FILE
    vs.                             )   NO. 1:02-CV-1686-MHS
7                                   )
8   SONNY PERDUE, in his official   )
    capacity as Governor of the     )
    State of Georgia,               )
9             Defendant.            )
                                    )
10  _____)

11

12          Videotaped Deposition of **TROY WEYMAN
13  DRUMMOND, JR.**, taken on behalf of Plaintiffs, pursuant
    to the stipulations contained herein, before Sharon A.
    Gabrielli, RPR, CCR No. B-2002, taken at Troutman,
14  Sanders, 600 Peachtree Street, on October 20, 2003.
    Commencing at the hour of 9:30 a.m.
15

16

17

18                  Shugart & Bishop
                 Certified Court Reporters
                 Suite 300, Building 27
19               1640 Powers Ferry Road
                 Marietta, Georgia 30339
20                  (770) 955-5252

21

22

23

24

25

289