IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KENNY A., by his next friend,<br>Linda Winn, et al., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | CIVIL ACTION<br>NO. 1:02-CV-1686-MHS |
| v. | )<br>) | |
| SONNY PERDUE, et al., | )<br>) | |
| Defendants. | )<br>) | |

## CONSENT ORDER

WHEREAS Section 22.B of the Consent Decree approved by this Court on October 27, 2005 provides that the parties to that Decree shall attempt to resolve the proper amount of Class Counsel's fees and expenses of litigation without Court intervention;

WHEREAS the parties desire to devote additional time to mutual efforts to resolve this issue without Court intervention; and

WHEREAS, to facilitate these efforts, Class Counsel and counsel for State Defendants consent to an additional period of time for Class Counsel to file an application for fees and expenses, and for State Defendants to file any objection thereto, should negotiations be unsuccessful,

IT IS HEREBY ORDERED that Class Counsel shall have until December 9, 2005 to file their application for fees and expenses in accordance with the requirements of applicable law and procedure, and that State Defendants shall have until January 4, 2006 to file any objection to such application.

IT IS SO ORDERED, this _____ day of November, 2005.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

Consented to:

/s/ Jeffrey O. Bramlett_____
(with express permission by Mark H. Cohen)
Jeffrey O. Bramlett
Georgia Bar No. 075780
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309
Telephone No.:  (404) 881-4100
Facsimile No.:  (404) 881-4111
Attorney for Plaintiffs

(signatures continued on next page)

<u>/s/ Mark H. Cohen</u>
Mark H. Cohen
Georgia Bar No. 174567
Special Assistant Attorney General
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308
Telephone No.:  (404) 885-3597
Facsimile No.:  (404) 962-6753
Attorney for State Defendants