IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNY A., by his next friend LINDA WINN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SONNY PERDUE, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:02-CV-1686-MHS |

## [PROPOSED] CONSENT ORDER TO TERMINATE CONSENT DECREE AND COMPLIANCE MONITORING

WHEREFORE, this matter came before this Court on the parties' Joint Consent Motion to Terminate Consent Decree and Compliance Monitoring.

WHEREFORE, over six years ago, on June 6, 2002, Plaintiffs filed this civil rights lawsuit alleging, with respect to Defendant DeKalb County, that the County was violating the civil rights of children in foster care by failing to provide them with adequate, effective and zealous legal representation before the juvenile court; and

WHEREFORE, on March 23, 2006, Plaintiffs and DeKalb County entered into a comprehensive Consent Decree under which the County agreed to (1) adopt a series of "Best Practices" documents that would govern the DeKalb County

Child Advocates' provision of effective representation to Class Member Children; (2) dramatically increase the number of Child Advocate Attorneys employed by the County; (3) ensure that no Child Advocate Attorney represented more than 130 children at one time; and (4) ensure that all DeKalb Child Advocate Attorneys complied with a series of nine specific responsibilities relating to all major aspects of their representation of Class Member Children; and

WHEREFORE, since the Consent Decree was entered, DeKalb County has dramatically expanded the number of attorneys employed by the DeKalb County Child Advocacy Center, and has at all times met or exceeded the hiring and caseload requirements set out in the Consent Decree; and

WHEREFORE, the quality of representation provided to foster children in DeKalb County has evolved to the point that the court-appointed Compliance Agent overseeing the implementation of the Consent Decree opined, in her most recent Compliance Report, dated July 22, 2008, that the County's Child Advocacy Center has become a "national model" for this type of representation;

NOW THEREFORE, in light of the County's substantial compliance with all material aspects of the Consent Decree through three consecutive reporting periods, covering September 13, 2006 through March 15, 2008, and in light of the

enormous strides the County has made in improving the quality of representation provided to the Class Member Children,

IT IS HEREBY ORDERED that this Court's jurisdiction over all requirements of the Consent Decree entered into by Plaintiffs and DeKalb County is hereby terminated.

This 14 day of October, 2008.

Marvin J. Shoob
United States District Judge

/s/ Stephen E. Whitted
DUANE D. PRITCHETT
Chief Assistant County Attorney
Georgia Bar No. 588330
STEPHEN E. WHITTED
Senior Assistant County Attorney
Georgia Bar No. 756796
Email: swhitted@co.dekalb.ga.us
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
Phone: (404) 371-3011
Fax:    (404) 371-3024

***ATTORNEYS FOR DEFENDANT(S)***

/s/ Sarah M. Shalf
JEFFREY O. BRAMLETT
Georgia Bar No. 075780
Email: bramlett@bmelaw.com

SARAH M. SHALF
Georgia Bar No. 637537
Email: shalf@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, GA 30309
Phone: (404) 881-4100
Fax:    (404) 881-4111

MARCIA ROBINSON LOWRY, *pro hac vice*
Email: mlowry@childrensrights.org
IRA P. LUSTBADER, *pro hac vice*
Email: ilustbader@childrensrights.org
SHIRIM NOTHENBERG, *pro hac vice*
Email: snothenberg@childrensrights.org
CHILDREN'S RIGHTS
330 7th Avenue, Floor 4
New York, NY 10001
Phone: (212) 683-2210
Fax:    (212) 683-4015

ERIK S. PITCHALM, *pro hac vice*
Email: epitchal@suffolk.edu
SUFFOLK UNIVERSITY LAW SCHOOL
CLINICAL PROGRAMS
120 Tremont Street, Suite 190
Boston, MA 02108
Phone: (617) 305-1641
Fax:    (617) 742-2139

***ATTORNEYS FOR PLAINTIFFS***