**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KENNY A. et al., Plaintiffs, vs. SONNY PERDUE, et al., Defendants. | CIVIL ACTION FILE NO. 1:02-cv-1686-MHS |

## NOTICE TO ALL COUNSEL OF RECORD

You are hereby notified that the remittitur from the United States Court of Appeals for the Eleventh Circuit, vacating and remanding the judgment of this District Court in the above stated action, has been made the judgment of this court.

Pursuant to Local Rules 58.3 and 46.2(B), you are required to prepare and present promptly to the Court any orders as may be required in the premises.

Dated at Atlanta, Georgia this 13th of October, 2010.

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
 and CLERK OF COURT

By:  s/Rebecca V. Bachelor
      Deputy Clerk