IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNY A., by his next friend<br>LINDA WINN, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>SONNY PERDUE, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO
1:02-CV-1686-MHS

## ▉▉▉▉▉▉▉ CONSENT ORDER TO TERMINATE MODIFIED CONSENT DECREE WITH DEFENDANT FULTON COUNTY AND FOR APPROVAL OF NEGOTIATED ATTORNEYS' FEES AND EXPENSES

WHEREFORE, this matter came before this Court on Plaintiffs' and Fulton County Defendants' Joint Consent Motion requesting that, in light of Fulton County's substantial compliance with all of the provisions of the Modified Consent Decree for a continuous eighteen-month period, and in light of the enormous strides the County has made in improving the quality of representation provided to the Class Member Children, this Court enter an Order: (1) finding Defendant Fulton County in compliance with the Modified Consent Decree as required by its terms; (2) approving the Parties' negotiated agreement regarding Plaintiffs' reasonable attorneys' fees and expenses for the monitoring and enforcement of the

Fulton County Consent Decree without the expense of additional class notice; and (3) terminating jurisdiction over and dismissing this action as it pertains to Defendant Fulton County and the Modified Consent Decree.

WHEREFORE, over eight years ago, on June 6, 2002, Plaintiffs filed this civil rights lawsuit alleging, with respect to Defendant Fulton County, that the County was violating the civil rights of children in foster care by failing to provide them with adequate, effective and zealous legal representation before the juvenile court; and

WHEREFORE, on February 13, 2006, Plaintiffs and Fulton County entered into a comprehensive Consent Decree under which the County agreed to: (1) establish an independent office to employ Fulton County Child Attorneys; (2) implement standards for the workloads of Child Attorneys established by an independent Workload Study; (3) employ a sufficient number of trained Child Attorneys to ensure all Plaintiff Class Members receive adequate, effective and zealous legal representation throughout their experience with the Fulton County Juvenile Court; and, (4) ensure all Child Attorneys adopt and abide by specific guidelines and responsibilities established in the Consent Decree and relating to all major aspects of their legal representation of Class Member Children.

WHEREFORE, since the Consent Decree was entered, Fulton County has met its obligation to establish an independent Office of the Child Attorney, which is currently staffed with a dramatically expanded number of trained and qualified Child Attorneys.  The Office of the Child Attorney currently employs a Director, two case-carrying supervisors, 14 full-time Child Attorneys, two full-time contract attorneys, four administrative staff members, four investigators, a social worker, an educational advocate and a host of legal and social work interns.  Staffing now exceeds the attorney caseload requirements established pursuant to the Consent Decree, and has vastly improved the quality of representation provided to Fulton County's foster children.

WHEREFORE, the quality of representation provided to foster children in Fulton County has evolved to the point that the court-appointed Accountability Agent overseeing the implementation of the Consent Decree stated in a recent compliance report filed with this Court in November 2010:

> While the progress of the Fulton [Office of the Child Attorney] was first reported to be "slow but steady," the Third *Kenny A.* Report described the [Office] as having arrived at a "higher level of *Kenny A.* compliance."  During this Fourth Reporting Period, advances made during the Third Reporting Period have not only continued but have been enhanced with new programs and increased support.  During this Fourth Reporting Period, the Fulton [Office of the Child Attorney] has demonstrated the standards set by the *Kenny A.* Consent Decree are implemented and adopted as the standards of practice for the Fulton Child Attorneys.

(Fourth *Kenny A.* Report For Fulton County (Dkt. No. 664) at 114.)

WHEREFORE, the amount of $145,000 that Defendants agree to pay Plaintiffs' in attorneys' fees and expenses for more than four years of active monitoring activity and enforcement activity is reasonable.

WHEREFORE, the notice requirements of Rule 23(h) of the Federal Rules of Civil Procedure do not apply and would be unduly burdensome in these circumstances where fees and expenses are sought in connection with post-settlement monitoring and enforcement activities.

NOW THEREFORE, in light of the County's substantial compliance with all material aspects of the Consent Decree for eighteen consecutive months, the enormous strides the County has made in improving the quality of representation provided to the Class Member Children, and the reasonableness of the amount of attorneys' fees and expenses to be paid by Fulton County to Plaintiffs, IT IS HEREBY ORDERED that:

1.     This Court's jurisdiction over all requirements of the Consent Decree entered into by Plaintiffs and Fulton County is terminated.

2.     Defendants shall pay Plaintiffs $145,000 in reasonable attorneys' fees and expenses, without further notice to the class.

This ___ day of April, 2011.

_____
Marvin H. Shoob
United States District Court
Northern District of Georgia

**Attorneys for Plaintiffs**
/s/ Michael A. Caplan
JEFFREY O. BRAMLETT
Georgia Bar No. 075780
Email: bramlett@bmelaw.com
Michael A. Caplan
Georgia Bar No. 075780
Email: caplan@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, GA 30309
Phone: (404) 881-4100
Fax:    (404) 881-4111

MARCIA ROBINSON LOWRY, *pro hac vice*
Email: mlowry@childrensrights.org
IRA P. LUSTBADER, *pro hac vice*
Email: ilustbader@childrensrights.org
SHIRIM NOTHENBERG, *pro hac vice*
Email: snothenberg@childrensrights.org
CHILDREN'S RIGHTS
330 7th Avenue, Floor 4
New York, NY 10001
Phone: (212) 683-2210
Fax:    (212) 683-4015

ERIK S. PITCHAL, *pro hac vice*
Email: epitchal@suffolk.edu
SUFFOLK UNIVERSITY LAW SCHOOL
CLINICAL PROGRAMS
120 Tremont Street, Suite 190

Boston, MA 02108
Phone: (617) 305-1641
Fax:    (617) 742-2139

**Attorneys for Fulton County Defendants**
/s/ Kaye Burwell
Kaye Burwell
Email: kaye.burwell@fultoncountyga.gov
Office of the County Attorney
395 Pryor Street, Suite 4098
Atlanta, Georgia  30312
Phone: (404) 612-0251
Fax :   (404) 224-5221