E
X
H
I
B
I
T

A

**Exhibit A: Bancroft PLLC Hourly Rates**

| | |
|---|---|
| Paul D. Clement | $1020 |
| Conor B. Dugan | $600 |