EXHIBIT

B

**Total Fee & Disbursements**

| DATE | DESCRIPTION | LAWYER | HOURS | AMOUNT |
|------|-------------|--------|-------|--------|
| 7/20/11 | Review fees opinions; exchange e-mails regarding preparing fee application for Supreme Court fees | PDC | 1.50 | $1,530.00 |
| 7/21/11 | Exchange e-mails regarding preparation of fees affidavit | PDC | 0.25 | $255.00 |
| 8/6/11 | Review draft King and Spalding fees submission; draft e-mail to C. Dugan regarding preparation of affidavit in support of same | PDC | 0.50 | $510.00 |
| 8/10/11 | Prepare/draft declaration for P. Clement in fees litigation | CBD | 0.25 | $150.00 |
| 8/11/11 | Draft declaration for P. Clement in fees litigation | CBD | 1.50 | $900.00 |
|  | Exchange e-mails regarding draft affidavit and Supporting materials | PDC | 0.50 | $510.00 |
| 8/14/11 | Edit draft affidavit; draft e-mail with further Suggestions regarding same | PDC | 1.00 | $1,020.00 |
| 8/15/11 | Revise declaration for P. Clement | CBD | 1.00 | $600.00 |
| 8/16/11 | Edit and finalize declaration | PDC | 1.00 | $1,020.00 |
|  | Revise P. Clement declaration; e-mail correspondence regarding same | CBD | 0.50 | $300.00 |
| 8/17/11 | Finalize affidavit | PDC | 0.50 | $510.00 |
|  |  |  | 8.50 | $7,305.00 |

**FEE SUMMARY:**

| DESCRIPTION | HOURS | RATE | AMOUNT |
|-------------|-------|------|--------|
| Paul D. Clement | 5.25 | 1020.00 | $5,355.00 |
| Conor B. Dugan | 3.25 | 600.00 | $1,950.00 |