IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNY A., by his next friend Linda Winn, et al<br><br>Plaintiffs<br><br>v.<br><br>NATHAN DEAL, et al<br><br>Defendants | CIVIL ACTION NO.<br>1:02cv1686-TWT |

O R D E R

The parties having entered into Modified Consent Decree and Exit Plan [doc. 747], the Court directs the Clerk to administratively close the case. Any party may file motion to re-open at any time and the Accountability Agent is to continue to file quarterly reports.

SO ORDERED, this 16th day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE