# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KENNY A., by his next friend Linda Winn, et al.,

*Plaintiffs*,

v.

BRIAN KEMP, et al.,

*Defendants*.

No.: 1:02-cv-1686-TWT

## DECLARATION OF MARY HAVICK

I, Mary Havick, hereby declare under 28 U.S.C. § 1746 as follows:

1. My name is Mary Havick. I voluntarily and freely make this Declaration of my own personal knowledge and in my role as Deputy Commissioner for Child Welfare of the Division of Family and Children Services (DFCS), of the Georgia Department of Human Services, for use as evidence in the above styled action. I am over the age of twenty-one, am suffering from no legal disability, and am competent and authorized to make this Declaration and testify to the statements and facts contained herein.

2. I have served as Deputy Commissioner for Child Welfare from October 1, 2021, through the date of this Declaration. I have also served as Deputy Division

Director for Child Welfare of DFCS, from June 1, 2019, until October 1, 2021. I began working at DFCS in 1996.

3. Throughout my time as Deputy Commissioner for Child Welfare, and in my previous roles at DFCS, I have worked extensively in many areas, including budget development, legislative affairs, policy development, litigation strategy, constituent engagement, investigations, media relations, and personnel matters.

## Outcome Measures

4. State Defendants timely respond to allegations of abuse. OM 1 requires that at least 95% of all investigations of reports of abuse or neglect of foster children be commenced within 24 hours of receipt of the report, in accordance with Chapter 6 of DFCS Child Welfare Policy Manual. State Defendants currently have 88.9% compliance as of Period 36. Actual compliance is higher than the Period 36 Report represents, because three of eight the missed responses were caused by delayed reporting of the incident by DFCS staff. Delays in reporting may occur when an individual outside the agency makes a report but that cannot be measured and counted against the State Defendants. So, while this number falls short of OM 1, it does not reflect State Defendants' actual compliance, which is higher.

5. State Defendants have strived to achieve the OM 12 metric. By June 2020, State Defendants had a 90% caseworker continuity rate and OM 12 was an "Attained Measure." The COVID-19 pandemic greatly exasperated the statistics for

casework continuity in line with the decline in other states. In FY 2023, the state's caseworker turnover was 48.6%, down from the FY 2022 rate of 55.4% and within the national average. Region 14's FY2024 turnover rate is around 68%, but supervisor turnover is at a much lower 23.75%.

## **SHINES**

6.    In 2009, DFCS implemented the SHINES program, a statewide computer system for all child welfare case records. Prior to SHINES, all case records were paper based with handwritten notes. SHINES enables DFCS workers across the State to view real-time qualitative and quantitative data relating to its child welfare cases. SHINES monumentally impacts the agency's ability to evaluate and optimize its child welfare practice. Related to SHINES is the ARGO Placements program, which helps staff identify placement options with criteria to uniquely meet each child's needs. By implementing SHINES and ARGO Placements, DFCS has advanced its child monitoring beyond that of many states who have yet to reform their systems despite the federal government's requirements.

## **CCWIS**

7.    In 2018, DFCS obtained conditional approval of an As-Needed Advance Planning Document (APD) Update for SHINES from the Office of the Administration for Children & Families of the Children's Bureau and provided

notice of intent to transition SHINES to meet Comprehensive Child Welfare Information System ("CCWIS") requirements outlined at 45 CFR 1355.50-58.

8. Now in the eighth year of CCWIS implementation, the Children's Bureau helps States plan, develop, and implement child welfare reporting systems to enable data collection and analysis of important information about children and families.

9. SHINES is pending transitional CCWIS compliance per a required site visit from the Children's Bureau Administration for Children and Families (ACF). ACF needs to conduct both the site visit and interviews with DFCS employees before granting CCWIS compliance to SHINES. Due to the pandemic, ACF's site visits were postponed.

10. DFCS continues to make improvements and upgrades to SHINES and to maintain it as an operational statewide automated child welfare information system in transitional CCWIS status.

**Supervisor Mentor Program**

11. In 2015, in response to the Governor's Child Welfare Reform Council's recommendation, DFCS created the Supervisor Mentor Program. The program provides intense, one-on-one mentoring to new supervisors and to more veteran supervisors who may be in need of additional support. The goal of mentoring is to

enhance the capabilities of supervisory staff so that they can perform their duties more effectively.

### Kinship Care Continuum

12. In 2015, DFCS began the development of a comprehensive Kinship Care Continuum ("Continuum") to improve outcomes for children by reducing incidents of substantiated abuse or neglect, shortening the length of time in custody, and reducing reentry to foster care. The Continuum created positions for experienced foster and adoptive parents to serve as caregiver navigators supporting existing caregivers or prospective caregivers going through the onboarding process. The caregiver navigators respond to questions online and on the phone, and answer questions regarding the on-boarding process. Each prospective caregiver who completes the state office information session receives a welcome email from their assigned navigator. The email provides the contact information and reminds caregivers to connect with the navigator if they have questions/concerns.

### Child and Family Services Reviews

13. Since the 2005 Consent Decree, Georgia has completed three rounds of CFSR. The fourth round of the CFSR process is currently underway. Georgia conducted a state-led case record review which was completed on March 31, 2024. The PIP development process began immediately after the State received its final report from the Children's Bureau on August 19, 2024.

## **Self-Monitoring**

14. DFCS has taken the initiative to implement several self-monitoring programs that have made the Consent Decree monitoring redundant, costly, and vestigial. DFCS has also created new departments and implemented new programs to comply with federal mandates.

15. Around 2010, DFCS created the Federal Regulations and Data Section ("FRD Section"). This FRD Section is comprised of internal and external stakeholders and includes the Data Analysis unit; Accountability, Research, and Evaluation unit; Office of Quality Management; SHINES; and Data Integrity unit. While the organizational structure of this section has shifted since its creation, the core functions remain in place today. These monitoring groups produce quality data and analyses that are subsequently used to inform decision making and drive systemic change.

16. DFCS implemented its Continuous Quality Improvement ("CQI") program in 2014, which measures and improves key performance areas and indicators that DFCS has identified. Each region has an assigned Quality Assurance ("QA") Specialist to assist the CQI teams with educational needs related to CFSR. CQI teams include frontline staff and supervisors, county and regional leadership, and the regional C3 Coordinator. CQI teams are operational in all fourteen regions and the Centralized Intake Call Center.

17. CQI teams use Gilbert's Behavior Engineering Model to conduct root cause analysis. This model includes six categories within two domains: Environment (Expectations and Feedback; Tools and Resources; and Incentives and Consequences) and Individual (Knowledge and Skills; Capacity; and Motivation). Each team also uses a Performance Improvement Process planning worksheet to develop and evaluate strategies. This process consists of five phases: Performance Analysis, Cause Analysis, Intervention Selection and Development, Implementation and Change Management, and Evaluation. When developing interventions, CQI teams create a Quality Improvement Plan (QIP). Once the performance problem and cause have been analyzed, the strategy is included in the QIP, as well as how it will be measured, and its expected outcome. Training is provided to individual teams on an "as-needed" basis to ensure they understand and can effectively use CQI tools and resources.

18. Regional CQI teams analyze CFSR data and performance to develop specific strategies to improve outcomes. The strategy is included in the regional QIP, the measurement of the QIP, and its expected outcome. Every CQI team develops a mechanism in measuring the progress of a strategy. In most cases, CQI teams are completing random monthly regional case reviews to verify the strategy is being used and used with fidelity. Case reviews provide indicators that assess whether the

strategy is working as intended, or identify areas where modifications may be warranted.

    19. The key performance indicators that DFCS identified include:

       a. Timely Investigations—investigations are completed within 45 days to ensure a timely transfer to needed supportive services, as appropriate, and to minimize agency intrusiveness when services are not appropriate, with a minimum goal of 95%.

       b. Timely Family Support Services—family support services are completed within 45 days to ensure a timely transfer to needed supportive services, as appropriate, and to minimize agency intrusiveness when services are not appropriate, with a minimum goal of 95%.

       c. Response Times—consistent with the CFSR, assigned priority response times are met in all assigned intakes to assess initial safety and to initiate the larger assessment and provision of services, with a minimum goal of 95%.

       d. Every Child, Every Month—another federal requirement for children in Foster Care is Every Child Every Month, which is a quantitative measure of monthly visits between the child and the case manager. DFCS tracks this standard for children in Family Preservation cases as

well. All children should be seen monthly (at a minimum) to ensure his or her safety and to assess and impact well-being and permanency with a minimum goal of 95%.

e. Every Parent, Every Month—consistent with the CFSR, every parent or caretaker in Foster Care and Family Preservation Services is seen monthly (at a minimum) to ensure safety management and behavioral change management through case planning with a minimum goal of 95%.

f. Monthly Case Staffing—every case is staffed with the assigned case manager to provide guidance and consultation with a minimum goal of 95%.

g. Collateral Contacts—additional sources of information are collected and leveraged monthly to assist with the assessment and management of safety and behavioral change through case planning. with a minimum goal of 95%.

20.  In 2015, DFCS created the role of C3 Coordinator to designate one staff person in each region to coordinate activities and ensure connection between the Child and Family Service Plan (CFSP), CFSR and CQI. The C3 Coordinator understands each of these strategic planning activities, helps others to understand this work, and tracks and monitors the region's progress toward goals in each area.

The C3 Coordinators receive and obtain feedback regularly from service providers in the region who attend stakeholder meetings and share experiences of families receiving services. This feedback assists in monitoring and improving service provision, as well as provides support for C3 Coordinators to educate staff on available services. New service providers attend these stakeholder meetings as an introduction to staff and other providers.

### 21. CFSR Quality Assurance Review Team

22. The CFSR Quality Assurance Review Team is federally mandated and is charged with measuring the Division's progress towards meeting performance standards and systemic requirements established by the federal government. The team uses the Children's Bureau's Child and Family Services Review (CFSR)-related guides, tools and instruments to produce monthly region-specific performance reports and bi-annual state-specific trend reports. Over the past two rounds of the CFSR Georgia's Quality Assurance teams have been cited as a strength by the Children's Bureau in their systemic reviews.

23. The teams' reviews are ongoing which will be a requirement, during the upcoming PIP implementation and measurement phase of CFSR Round 4. Strict comprehensive required training of reviewers is required on an ongoing basis. The Children's Bureau monitors all aspects of the review process.

24. Supplemental duties of Quality Assurance reviewers include assignment of at least two regions for field level support. Support includes, but is not limited to: CQI meeting attendance, analyzing and disseminating review findings specific to the assigned regions, serving as the subject matter expert, and the facilitation of numerous meetings.

I declare under the penalty of perjury that the foregoing is true and correct.

Mary Havick,
Deputy Commissioner for Child Welfare

Sworn to and subscribed before me this the 16th day of September, 2024.

NOTARY PUBLIC
My Commission Expires: