# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KENNY A., by his next friend Linda Winn, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, et al.,<br><br>*Defendants*. | No.: 1:02-cv-1686-TWT |

**DECLARATION OF CANDICE L. BROCE**

I, Candice L. Broce, hereby declare under 28 U.S.C. § 1746 as follows:

1. My name is Candice L. Broce. I voluntarily and freely make this Declaration of my own personal knowledge and in my role as Director of the Georgia Division of Family and Children Services (DFCS) and Commissioner of the Georgia Department of Human Services, for use as evidence in the above styled action. I am over the age of twenty-one, am suffering from no legal disability, and am competent and authorized to make this Declaration and testify to the statements and facts contained herein.

2. I have served as the DFCS Director from July 2021, through the date of this Declaration. I have also served as the Georgia Department of Human Services Commissioner from September 2021, through the date of this Declaration.

Immediately prior to that time, I served as Chief Operating Officer of Georgia's Governor's Office, commencing in December of 2020 and, prior to that, I served as Communications Director and Chief Deputy Executive Counsel in the Kemp Administration, commencing in January 2019.

3. Throughout my time as Georgia Department of Human Services Commissioner, Georgia Division of Family and Children Services Director, Chief Operating Officer of Georgia's Governor's Office, and Communications Director and Chief Deputy Executive Counsel in the Kemp Administration, I have worked extensively with the Division of Family and Children Services, including budget development, legislative affairs, policy development, litigation strategy, constituent engagement, investigations, media relations, and personnel matters.

4. In my time as DFCS Director, I have been familiar with DFCS's efforts to implement the various requirements of this Court's Orders in this action, and I have seen firsthand the improvements that have resulted in improvements to DFCS and the foster care system. While DFCS's compliance efforts have not been without significant challenges, including limited financial resources and substantial turnover in personnel, DFCS always has strived in good faith to comply with the requirements of this Court's orders not solely because of any legal obligation, but to also provide real, positive impact on the lives of Georgia children. Real, positive reform has taken place.

## Centralized Intake Call Center

5. In 2014 DFCS implemented the Centralized Intake Call Center ("CICC") program to address the growing need for a statewide child abuse and neglect reporting hotline to improve customer service with the community when reporting alleged abuse and neglect as well as to standardize the Intake Assessment process. The centralized hotline created one emergency phone number for child abuse reporting in Georgia.

6. Prior to CICC's implementation, each county office had its own phone number manned by staff at the county level. The hotline is now staffed centrally and handles tremendous volume. For the State Fiscal Year 2023-2024, CICC handled 26,995 emails, 35,458 webforms, and 123,645 phone calls, totaling 186,098 interactions, resulting in 152,672 intake reports entered in the SHINES system.

7. State Defendants provide medical, dental, and health services pursuant to professional standards of care and the Early and Periodic Screening, Diagnosis, and Treatment ("EPSDT") and related court orders include Title IV-E language as measured in Ongoing Measures 21(a)—(d) and 27. State Defendants' provision of these medical services is controlled by the terms and conditions of the State Medicaid Agency's Care Management Organization ("CMO") contract with its contracted vendor, Amerigroup. As a result of this contractual arrangement, State

Defendants are, at best, a third-party beneficiary of the CMO contract and have little to no ability to directly enforce compliance with the terms of the contract as this power is solely vested in the State Medicaid Agency.

### Office of Health Law and Policy

8. State Defendants have implemented a Medical Appeals Team to overcome this compliance enforcement impediment and its effect on medical treatment on foster children in the state of Georgia. DFCS formed a specialized team of healthcare attorneys and legal professionals in 2022 to ensure access to timely care for children in custody through enforcement and appeals with contracted and non-contracted providers.

9. This Office of Health Law and Policy meets monthly with the executive leadership of both the State Medicaid Agency and Amerigroup, which administers Georgia Families 360° for children in foster care and receiving adoption assistance, to discuss any issues regarding the continuum of care, medical necessity, coverage denials, and similar functions. The Office of Health Law and Policy directly assists DFCS county offices and caseworkers to file appeals where there has been a denial of medically necessary treatment, and the team continues to represent the interests of the foster child who is affected by the denial of medical services until conclusion of the matter.

10. Additionally, this team allows DFCS to now track CMO decisions and actions affecting medical treatment on a daily and monthly basis and provides tracking data on those foster children most affected by the denial of medical services. Due to these efforts, the State Defendants have successfully re-opened access to medical care for hundreds of foster children.

### UniteUs

11. DFCS has also contracted with UniteUs, a software and service platform that reduces costs, streamlines processes, and coordinates resources, to foster connectivity and streamline the delivery of social care services. Included in the UniteUs program is an upgraded case assessment and management platform, a new family self-referral form, and a data-centric analysis tool that helps identify where to allocate resources.

12. The UniteUs program also connects families to a broad range of services as well as community organizations, such as service boards, schools, local interagency planning teams, and the court system, providing single system capability for multi-agency collaboration and synchronicity by participating entities. DFCS is implementing UniteUs in Region 14 and select counties across the state.

13. UniteUs also offers a closed-loop referral system for juvenile court judges and staff to refer at-risk families with Child in Need of Services (CHINS)

cases to community providers to mitigate vulnerabilities, including bases for possible dependency and removal of the children, and families can also access this system via online self-referrals.

14. This pilot is expected to keep countless families safely intact by lessening the need for their children to enter protective custody.

## Costs

15. The totality of the funds spent on this Court's monitoring, plaintiffs' attorneys' fees, and the State Defendants' attorneys' fees to simply administer the Consent Decree creates a massive burden on the State's budget.

I declare under the penalty of perjury that the foregoing is true and correct.

*Candice Broce*
Candice L. Broce,
Georgia Department of Human Services Commissioner

Sworn to and subscribed before me this the 16 day of Sept, 2024.

*Manisha B. Patel*
NOTARY PUBLIC
My Commission Expires: 5/8/2026

[Notary Seal: MANISHA B. PATEL, MY COMMISSION EXPIRES, NOTARY PUBLIC, 05/08/2026, GORDON COUNTY, GEORGIA]