# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KENNY A., by his next friend Linda Winn, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, et al.,<br><br>*Defendants*. | No.: 1:02-cv-1686-TWT |

## DECLARATION OF MELISSA BARWICK

I, Melissa Barwick, hereby declare under 28 U.S.C. § 1746 as follows:

1. My name is Melissa Barwick. I voluntarily and freely make this Declaration of my own personal knowledge and in my role as Assistant Deputy Commissioner and Deputy Chief Financial Officer, for use as evidence in the above styled action. I am over the age of twenty-one, am suffering from no legal disability, and am competent and authorized to make this Declaration and testify to the statements and facts contained herein.

2. I have served as Assistant Deputy Commissioner and Deputy Chief Financial Officer from October 1, 2022 through the date of this Declaration. Immediately prior to that time, I served as Deputy Director of the Governor's Office

1

of Health Strategy and Coordination, having served as Health and Human Services Division Coordinator for the Governor's Office of Planning and Budget since July 2021.

3. Throughout my tenure as Assistant Deputy Commissioner and Deputy Chief Financial Officer, I have managed the DFCS budget team, which provides budget management oversight and expenditure analysis for the Consent Decree in the above-referenced action.

## Statistics

4. Section IV of the Consent Decree requires that State Defendants reimburse foster parents for maintenance payments related to basic foster family services at specified rates, and comply with all reimbursement criteria. Far from being deliberately indifferent, State Defendants have increased reimbursement rates most recently as of July 1, 2024 when funds were appropriated by the Georgia General Assembly to increase all per diem rates by 3%. Between SFY 2016 and 2025, average per diem rates paid to DFCS Family Foster Homes and Child Placing Agency Family Foster Homes have increased by 81.9%. Average per diem rates for Child Caring Institutions have increased by 17.2% and agency administrative rates paid to Child Placing Agencies have increased by 17.9% during this same timeframe.

## Costs

5.     The totality of the funds spent on this Court's monitoring, plaintiffs' attorneys' fees, and the State Defendants' attorneys' fees to simply administer the Consent Decree creates a massive burden on the State's child welfare services budget. In total, the State has spent over $43 million dollars since July 2005. The State has spent more than $17 million dollars of that amount on monitoring costs alone.

I declare under the penalty of perjury that the foregoing is true and correct.

*Melissa D. Barwick*

Melissa Barwick,
Assistant Deputy Commissioner And
Deputy Chief Financial Officer

Sworn to and subscribed before me this the 13th day of September, 2024.

*Regp M. Quick*
NOTARY PUBLIC
My Commission Expires: September 7, 2027



3