**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| KENNY A., by his next friend Linda Winn, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 1:02-cv-1686-TWT |
| vs. | : | |
| | : | |
| Brian Kemp, et al., | : | |
| | : | |
| Defendants | : | |
| | : | |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME**
**AND ADDITIONAL PAGES TO RESPOND TO DEFENDANTS' MOTION**
**TO TERMINATE CONSENT DECREE**

Now before the Court is the Plaintiffs' Consent Motion for Extension of Time and Additional Pages to Respond to Defendants' Motion to Terminate Consent Decree. For good cause shown, the Motion is **GRANTED**. The time for Plaintiffs to respond to Defendants' Motion to Terminate Consent Decree shall be extended through and including November 18, 2024, and the Plaintiffs may file a brief not to exceed 60 pages in length.

SO ORDERED, this __25th__ day of September , 2024.

Honorable Thomas Thrash, Jr.
UNITED STATES DISTRICT JUDGE