EXHIBIT

A

| | |
|---|---|
| **From:** | David Brackett |
| **To:** | harold.melton@troutman.com |
| **Cc:** | Ira Lustbader; Eugénie Iseman; jake.rodon@troutman.com; Karen Baynes-Dunning (kbbaynes@gmail.com) |
| **Subject:** | Kenny A. |
| **Date:** | Wednesday, September 11, 2024 5:47:25 PM |
| **Attachments:** | 2024-09-11 Letter to Melton(5080597.pdf |

Please see the attached letter.

Best regards,

David

**David Brackett**
**BONDURANT MIXSON & ELMORE** LLP

One Atlantic Center | 1201 West Peachtree Street NW

Suite 3900 | Atlanta, GA 30309

P: 404.881.4197     F: 404.881.4111     E: brackett@bmelaw.com

www.bmelaw.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately by telephone (404.881.4197) or by electronic mail (brackett@bmelaw.com), and destroy the original message, any attachments thereto and all copies and backups thereof. Thank you.

# BONDURANT MIXSON & ELMORE LLP

**David G.H. Brackett**

**Writer's Direct Dial**
**(404) 881-4197**
**brackett@bmelaw.com**

September 11, 2024

<u>Via E-mail</u>
Harold D. Melton, Esq.
Troutman Pepper
600 Peachtree Street, NE
Atlanta, GA 30308
Harold.Melton@troutman.com

Re:   *Kenny A.*

Dear Harold,

    I write to follow up on the request that we made at the meeting of the parties and urge you and your clients to schedule a separate meeting for the sole purpose of discussing the MTAT's recommendations in the latest Infrastructure Standards Brief. The MTAT has assembled a team of experts from across the country, and they have provided excellent advice on ways to achieve the type of organizational change that will affect the outcome measures for child welfare and safety that DFCS has recently failed to meet. The Infrastructure Standards, and therefore the MTAT's advice regarding these standards, are based in large part on input from DFCS regarding its model for change. It appears, according to the Draft Ninth Infrastructure Standards Brief, that DFCS has changed course and abandoned some of those efforts, including but not limited to the following:

- DFCS no longer appears to be developing a comprehensive practice model, per Infrastructure Standard I. (Infra. Br. at 7.)

- DFCS does not have a process or criteria for identifying children at risk of long-term foster care, per Infrastructure Standard III. (Infra. Br. at 11.)

- DFCS's current system for monitoring and reporting on the performance of contracted agencies does not determine the basis for continued utilization or financial reimbursement, per Infrastructure Standard VII, and DFCS has not committed to developing a true Performance-Based contracting system. (Infra. Br. at 16.)

- DFCS still has not developed a CQI process for evaluating the effectiveness of the Employee Selection Protocol, per Infrastructure Standard VIII. (Infra. Br. at 18.)

- Contrary to Infrastructure Standard VIII, case workers are given training or provisional caseloads prior to completing full certification (Infra. Br. at 18.)

**BONDURANT MIXSON & ELMORE** LLP

September 11, 2024
Page 2

- Contrary to Infrastructure Standard IX, DFCS is not maximizing federal funds available through Title IV-E and other federal revenues, and has failed to consider opportunities (despite multiple recommendations by MTAT) to maintain and expand federal revenue through IV-E eligible programming. (Infra. Br. at 18-31.)

A meeting is necessary to ensure that DFCS' model for change is not based on strategies that the State has now abandoned, especially given the connection between these strategies and numerous areas of noncompliance under the decree.

As agreed under the Modified Consent Decree and Exit Plan, the Infrastructure Standards are "enforceable and measurable obligations" that are "used to measure the foundational elements of the child welfare system that lead to successful outcomes for safety, permanency, and well-being of Georgia's children and families." (Modified Consent Decree at 17.) These agreed-upon standards represent processes by which the State will achieve successful outcomes. The State is failing to achieve ten agreed-upon outcome measures required under the Modified Consent Decree and Exit Plan. *E.g.*, OM 1 (commencement of CPS investigations), OM 3 (re-entry into care), OM 12 (caseworker continuity), OM 21(a) – (d) (health and educational needs), OM 23 (timely discharge to permanency for children in care 12 months or less), OM 27 (court orders). (Period 36 Monitoring Report.) These outcomes are critical to the health, safety, and wellbeing of the children and youth in the Class. Given the State's failure to meet these outcomes and abandonment of several efforts outlined in the Infrastructure Standards, it would be irresponsible to ignore or fail to take full advantage of the expertise of the MTAT team and would place class members at further risk of harm.

Please advise us by close of business tomorrow (Thursday) if you agree to a meeting. If not, in light of the above, and particularly the ongoing and harmful noncompliance, Plaintiffs will formally trigger the ADR provisions in Section IX.D of the Modified Consent Decree and Exit Plan so that we can address and resolve these serious ongoing performance issues in a timely manner.

Thank you for your consideration, and I look forward to hearing from you.

> Best regards,
>
> /s/ David G.H. Brackett
> David G.H. Brackett

cc: Ira Lustbader, Esq.
Eugenie Iseman, Esq.
Jake Rodon, Esq
Karen Baynes Dunning, Esq.

#5080597v1

| | |
|---|---|
| **From:** | Fowler, Rebecca S. |
| **To:** | David Brackett |
| **Cc:** | Ira Lustbader; Eugénie Iseman; Rodon, Jake; Karen Baynes-Dunning (kbbaynes@gmail.com); Melton, Harold D. |
| **Subject:** | Kenny A. |
| **Date:** | Thursday, September 12, 2024 5:21:41 PM |
| **Attachments:** | 2024.09.12 Response Letter to D. Brackett.pdf |

CAUTION:External Email.

Mr. Brackett,

Please see the attached correspondence from Harold Melton.

**Rebecca S. Fowler**
**Legal Practice Assistant**
Direct: 404.885.2537 | Mobile: 678.231.0795 | Internal: 11-2537
rebecca.fowler@troutman.com

**troutman pepper**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com.

Troutman Pepper Hamilton Sanders LLP
Bank of America Plaza, 600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308



troutman.com

**Harold D. Melton**
Professional Development Partner
D 404.885.3062
harold.melton@troutman.com

September 12, 2024

David G.H. Brackett
Bondruant Mixon & Elmore, LLP
Once Atlantic Center
1201 West Peachtree Street, NW
Suite 3900
Atlanta, Georgia 30309

**Re:    Kenny A.**

Dear David:

Thank you for your letter dated September 11, 2024. I was a little surprised regarding the tone and tenor given how congenial and collaborative I felt our conversations had been, even on points of disagreement. I would also suggest that the letter is somewhat premature given that DFCS indicated on Monday, September 9 during our Meeting of the Parties that it would be responding with comments to the Draft Ninth Infrastructure, which provided the items you expressed concerns about in your letter, by the end of this week.

Nonetheless, DFCS and counsel are agreeable to a meeting with you to discuss these matters and any other matters as appropriate.

Thank you,

Harold D. Melton

HDM/rsf

cc:    Ira Lustbader
       Eugenie Iseman
       Jake Rodon
       Karen Baynes Dunning

| | |
|---|---|
| **From:** | David Brackett |
| **To:** | Melton, Harold D. |
| **Cc:** | Ira Lustbader; Eugénie Iseman; Rodon, Jake; Karen Baynes-Dunning (kbbaynes@gmail.com); Fowler, Rebecca S. |
| **Subject:** | RE: Kenny A. |
| **Date:** | Friday, September 13, 2024 1:08:11 PM |

Harold,

    Thank you for your letter of September 12, responding to my letter of September 11. We are pleased that DFCS is willing to meet to focus on the Ninth Infrastructure Standards Report and the infrastructure standards, which are crucial to achieving compliance—and addressing non-compliance—on the outcome measures referenced in my letter. Please provide your dates of availability for this meeting, which we believe should be held in person, and we will coordinate with the MTAT to get the meeting scheduled.

    Regarding your reaction to my letter—please understand that we believe that a collaborative approach among the parties and the MTAT is the best way to solve difficult problems regarding child safety and welfare. My letter was intended to ensure that such collaboration would continue and to address our concern, based on the meeting of the parties and the Ninth Infrastructure Standards Report, that DFCS no longer shared an interest in such collaboration. I am pleased to have you advise that we have misconstrued the situation.

    Have a great weekend.

    David

**David Brackett**

**BONDURANT MIXSON & ELMORE** LLP
One Atlantic Center | 1201 West Peachtree Street NW
Suite 3900 | Atlanta, GA 30309
P: 404.881.4197     F: 404.881.4111     E: brackett@bmelaw.com
www.bmelaw.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately by telephone (404.881.4197) or by electronic mail (brackett@bmelaw.com), and destroy the original message, any attachments thereto and all copies and backups thereof. Thank you.

**From:** Fowler, Rebecca S. <Rebecca.Fowler@troutman.com>
**Sent:** Thursday, September 12, 2024 5:21 PM
**To:** David Brackett <brackett@bmelaw.com>
**Cc:** Ira Lustbader <ilustbader@childrensrights.org>; Eugénie Iseman <eiseman@childrensrights.org>; Rodon, Jake <Jake.Rodon@troutman.com>; Karen Baynes-Dunning (kbbaynes@gmail.com) <kbbaynes@gmail.com>; Melton, Harold D. <Harold.Melton@troutman.com>
**Subject:** Kenny A.

CAUTION: External Email.

Mr. Brackett,

Please see the attached correspondence from Harold Melton.

### Rebecca S. Fowler
**Legal Practice Assistant**
Direct: 404.885.2537 | Mobile: 678.231.0795 | Internal: 11-2537
rebecca.fowler@troutman.com

**troutman pepper**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com.

| | |
|---|---|
| **From:** | David Brackett |
| **To:** | Melton, Harold D. |
| **Cc:** | Ira Lustbader; Eugénie Iseman; Rodon, Jake; Karen Baynes-Dunning (kbbaynes@gmail.com); Fowler, Rebecca S. |
| **Subject:** | RE: Kenny A. |
| **Date:** | Monday, September 16, 2024 6:18:22 PM |
| **Attachments:** | 2024-09-16 Letter to Melton.pdf |

Harold,

    In light of your call this afternoon to inform me that the State intends to file a motion to terminate the Modified Consent Decree and Exit Plan and that as a result, the prospect of the meeting of the parties we discussed last week is up in the air, class counsel has elected to trigger the formal ADR process set forth in the Modified Consent Decree and Exit Plan.  Please see the attached letter.

    Best regards,

    David Brackett

---

**From:** David Brackett
**Sent:** Friday, September 13, 2024 1:08 PM
**To:** Melton, Harold D. <Harold.Melton@troutman.com>
**Cc:** Ira Lustbader <ilustbader@childrensrights.org>; Eugénie Iseman <eiseman@childrensrights.org>; Rodon, Jake <Jake.Rodon@troutman.com>; Karen Baynes-Dunning (kbbaynes@gmail.com) <kbbaynes@gmail.com>; Fowler, Rebecca S. <Rebecca.Fowler@troutman.com>
**Subject:** RE: Kenny A.

Harold,

    Thank you for your letter of September 12, responding to my letter of September 11.  We are pleased that DFCS is willing to meet to focus on the Ninth Infrastructure Standards Report and the infrastructure standards, which are crucial to achieving compliance—and addressing non-compliance—on the outcome measures referenced in my letter.  Please provide your dates of availability for this meeting, which we believe should be held in person, and we will coordinate with the MTAT to get the meeting scheduled.

    Regarding your reaction to my letter—please understand that we believe that a collaborative approach among the parties and the MTAT is the best way to solve difficult problems regarding child safety and welfare.  My letter was intended to ensure that such collaboration would continue and to address our concern, based on the meeting of the parties and the Ninth Infrastructure Standards Report, that DFCS no longer shared an interest in such collaboration.  I am pleased to have you advise that we have misconstrued the situation.

    Have a great weekend.

    David

**David Brackett**

**BONDURANT MIXSON & ELMORE** LLP

One Atlantic Center | 1201 West Peachtree Street NW

Suite 3900 | Atlanta, GA 30309

P: 404.881.4197     F: 404.881.4111     E: brackett@bmelaw.com

www.bmelaw.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately by telephone (404.881.4197) or by electronic mail (brackett@bmelaw.com), and destroy the original message, any attachments thereto and all copies and backups thereof. Thank you.

---

**From:** Fowler, Rebecca S. <Rebecca.Fowler@troutman.com>
**Sent:** Thursday, September 12, 2024 5:21 PM
**To:** David Brackett <brackett@bmelaw.com>
**Cc:** Ira Lustbader <ilustbader@childrensrights.org>; Eugénie Iseman <eiseman@childrensrights.org>; Rodon, Jake <Jake.Rodon@troutman.com>; Karen Baynes-Dunning (kbbaynes@gmail.com) <kbbaynes@gmail.com>; Melton, Harold D. <Harold.Melton@troutman.com>
**Subject:** Kenny A.

CAUTION: External Email.

Mr. Brackett,

Please see the attached correspondence from Harold Melton.

### Rebecca S. Fowler
**Legal Practice Assistant**
Direct: 404.885.2537 | Mobile: 678.231.0795 | Internal: 11-2537
rebecca.fowler@troutman.com

---

**troutman pepper**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

---

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and

attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit [www.troutman.com](http://www.troutman.com).