EXHIBIT C

| | |
|---|---|
| **From:** | David Brackett |
| **To:** | Melton, Harold D. |
| **Cc:** | Ira Lustbader; Karen Baynes-Dunning (kbbaynes@gmail.com) |
| **Subject:** | RE: Kenny A. Alternative Dispute Resolution |
| **Date:** | Wednesday, October 16, 2024 1:29:05 PM |

Thank you for the email and update, Harold.  Plaintiffs agree to the extension you propose.

Best regards,

David

**From:** Melton, Harold D. <Harold.Melton@troutman.com>
**Sent:** Wednesday, October 16, 2024 11:15 AM
**To:** David Brackett <brackett@bmelaw.com>
**Cc:** Ira Lustbader <ilustbader@childrensrights.org>; Karen Baynes-Dunning (kbbaynes@gmail.com) <kbbaynes@gmail.com>
**Subject:** Kenny A. Alternative Dispute Resolution

CAUTION:External Email.

David: Following our day 1 of Alternative Dispute Resolution, we have begun the process of responding in writing to the concerns noted in your letter and discussed in our resolution session. The goal is to move towards updating/amending the Infrastructure Standards as necessary, or to otherwise clarify DFCS position with regard to the concerns raised.  Under the Modified Consent Decree, the 30 day period for discussion is due to expire today.  I have informed the Monitor that I'm targeting a written submission within 2 weeks.  As a result, would the Plaintiffs agree to extend the Alternative Dispute Resolution process for another 30 days?

**Harold D. Melton**
**Partner**
**troutman** **pepper**
Direct: 404.885.3062
harold.melton@troutman.com

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com.

| | |
|---|---|
| **From:** | Melton, Harold D. |
| **To:** | David Brackett |
| **Cc:** | Ira Lustbader; Karen Baynes-Dunning (kbbaynes@gmail.com) |
| **Subject:** | RE: Kenny A. Alternative Dispute Resolution |
| **Date:** | Monday, November 11, 2024 3:59:29 PM |

CAUTION:External Email.

Yes. We agree to an additional 30-day extension.

By way of update, I hoped to get something to you today.  That proved unrealistic in light of the holiday.  Please expect a response tomorrow or Wednesday.

Thank you for your patience.

**Harold D. Melton**
**Partner**
**troutman pepper**
Direct: 404.885.3062
harold.melton@troutman.com

**From:** David Brackett <brackett@bmelaw.com>
**Sent:** Monday, November 11, 2024 3:51 PM
**To:** Melton, Harold D. <Harold.Melton@troutman.com>
**Cc:** Ira Lustbader <ilustbader@childrensrights.org>; Karen Baynes-Dunning (kbbaynes@gmail.com) <kbbaynes@gmail.com>
**Subject:** RE: Kenny A. Alternative Dispute Resolution

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Harold,

As part of extending the ADR period under the Consent Decree, we understood that you planned to get us a written response and you were targeting getting that to us around the end of October.  Assuming you are still planning to provide that written response, we believe that another extension would be appropriate as we are now bumping up against the end of the ADR period.   Would your clients agree to extend the ADR process for another 30 days?

Best regards,

David

**From:** Melton, Harold D. <Harold.Melton@troutman.com>
**Sent:** Wednesday, October 16, 2024 2:31 PM
**To:** David Brackett <brackett@bmelaw.com>
**Subject:** RE: Kenny A. Alternative Dispute Resolution

CAUTION:External Email.

Thank you.

**Harold D. Melton**
**Partner**
**troutman pepper**
Direct: 404.885.3062
harold.melton@troutman.com

---

**From:** David Brackett <brackett@bmelaw.com>
**Sent:** Wednesday, October 16, 2024 1:29 PM
**To:** Melton, Harold D. <Harold.Melton@troutman.com>
**Cc:** Ira Lustbader <ilustbader@childrensrights.org>; Karen Baynes-Dunning (kbbaynes@gmail.com) <kbbaynes@gmail.com>
**Subject:** RE: Kenny A. Alternative Dispute Resolution

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Thank you for the email and update, Harold.  Plaintiffs agree to the extension you propose.

Best regards,

David

---

**From:** Melton, Harold D. <Harold.Melton@troutman.com>
**Sent:** Wednesday, October 16, 2024 11:15 AM
**To:** David Brackett <brackett@bmelaw.com>
**Cc:** Ira Lustbader <ilustbader@childrensrights.org>; Karen Baynes-Dunning (kbbaynes@gmail.com) <kbbaynes@gmail.com>
**Subject:** Kenny A. Alternative Dispute Resolution

CAUTION:External Email.

David: Following our day 1 of Alternative Dispute Resolution, we have begun the process of

responding in writing to the concerns noted in your letter and discussed in our resolution session. The goal is to move towards updating/amending the Infrastructure Standards as necessary, or to otherwise clarify DFCS position with regard to the concerns raised.  Under the Modified Consent Decree, the 30 day period for discussion is due to expire today.  I have informed the Monitor that I'm targeting a written submission within 2 weeks.  As a result, would the Plaintiffs agree to extend the Alternative Dispute Resolution process for another 30 days?

**Harold D. Melton**
**Partner**
**troutman pepper**
Direct: 404.885.3062
harold.melton@troutman.com

---

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com.