EXHIBIT D

```
                                                                  1

 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3

 4   KENNY A., et al.,              )
                                    )
 5             Plaintiffs,          )
                                    )
 6   -vs-                           )   Case No. 1:02-CV-1686-TWT
                                    )
 7   ROY BARNES, et al.,            )   December 5, 2016
                                    )   Atlanta, Georgia
 8             Defendants.          )   10:02 a.m.
     _____)

 9

10
                              -  -  -
11
                  TRANSCRIPT OF THE PROCEEDINGS
12         BEFORE THE HONORABLE THOMAS W. THRASH, JR.,
                    U.S. DISTRICT COURT JUDGE
13
                              -  -  -
14

15

16

17

18

19

20     Proceedings recorded by mechanical stenography
         and computer-aided transcript produced by
21
                 SUSAN C. BAKER, RMR, CRR
22                  2194 U.S. COURTHOUSE
                 75 TED TURNER DRIVE, S.W.
23                  ATLANTA, GA  30303
                     (404) 215-1558
24

25
```

2

```
 1   APPEARANCES OF COUNSEL:

 2   On behalf of the Plaintiffs:

 3   David G.H. Brackett, Esq.
     Bondurant Mixson & Elmore, LLP
 4   1201 West Peachtree Street, N.W., Suite 3900
     Atlanta, Georgia 30309
 5   Brackett@bmelaw.com

 6   Ira P. Lustbader, Esq.
     Children's Rights, Inc.
 7   330 Seventh Avenue, Fourth Floor
     New York, New York 10001
 8   Ilustbader@childrensrights.org

 9   Christina Wilson Remlin, Esq.
     Southern Center for Human Rights
10   60 Walton Street, N.W.
     Atlanta, Georgia 30303
11   Cremlin@schr.org

12
     On behalf of the Defendants:
13
     Jaime L. Theriot, Esq.
14   Troutman Sanders
     600 Peachtree Street, N.E.
15   Atlanta, Georgia 30308
     Jaime.theriot@troutman.com
16

17

18

19

20

21

22

23

24

25
```

                                                            14

1               THE COURT:  All right.  Thank you, Mr. Lustbader.
2               Ms. Theriot?
3               MS. THERIOT:  Thank you, Your Honor.
4               With me today just for purposes of introduction,
5     Plaintiffs alluded to the director of The Division of Family
6     and Children Services is Bobby Cagle sitting with me at the
7     table today.  And as Plaintiffs alluded, Mr. Cagle has
8     definitely brought some new life and improvement to the
9     Division.  We are excited about that.  We are excited about the
10    opportunity that the consent -- that the changes to the consent
11    decree with the exit plan bring.
12              That was heavily negotiated, as Mr. Lustbader and
13    Mr. Brackett alluded, over the course of the year with the
14    great assistance of Ms. Baynes-Dunning.  We are committed to
15    the exit plan --
16              THE COURT:  And I assume you believe it is feasible.
17              MS. THERIOT:  Your Honor, we do.  There are some
18    aspects of the original consent decree that over time proved to
19    be almost impossible or unattainable in our mind.  We committed
20    to the negotiations.  Both sides of the negotiations committed
21    to looking at realistic measures and things that we believe
22    from the State Defendants' perspective that we can attain with
23    the right resources and support and technical assistance.  And
24    we are committed to doing that, Your Honor.
25              I won't reiterate all the changes that Mr. Lustbader

15

1    just proposed but -- or just covered in his presentation, but
2    from the State's perspective we do believe that these are
3    important changes to make this a more realistic path toward
4    exiting the consent decree and exiting court supervision.
5             We are working collaboratively with
6    Ms. Baynes-Dunning and her team of monitoring and technical
7    assistance folks who are engaged with the Division and working
8    collaboratively with them to bring to bear their expertise
9    along with our expertise.  We are implementing a new practice
10   model for the Division which will aid the Division's ability to
11   meet these new standards that we have adopted in the exit plan
12   in a realistic, shorter time period for purposes of exiting the
13   exit -- or exiting Court supervision.
14            And I'm happy to answer any questions you have.  I
15   just don't want to take the Court's time reiterating the same
16   things that Mr. Brackett and Mr. Lustbader did so well.
17            THE COURT:  All right.  Thank you, Ms. Theriot.
18            Ms. Baynes-Dunning, you want to -- I appreciate you
19   being here.  If you have any comments, I'd be more than welcome
20   to hear them.
21            MS. BAYNES-DUNNING:  The only thing that I would add,
22   Your Honor, is that they really spent a lot of time over this
23   last year really thinking about looking at data, really trying
24   to put forth the best possible exit plan.  And both sides did
25   an amazing job at staying at the table and really making this